UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BLAIR,<br><br>                Plaintiff,<br><br>       v.<br><br>WHITNEY BRADLEY BROWN/SERCO,<br><br>                Defendants. | Case No. 2:23-cv-00026-KJM-JDP<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**<br><br>Action Filed:     November 4, 2022<br>Removal Date:  January 6, 2023<br>Judge:              Hon. Kimberly J. Mueller<br>Trial:                Not Set |

Having reviewed and considered the Parties' Joint Stipulation to Continue Pre-Trial Deadlines (the "Stipulation"), and for the good cause demonstrated in the Stipulation, the Court ORDERS the May 15, 2023, Scheduling Order MODIFIED to read as follows:

| Date | Former Deadline | New Deadline |
|---|---|---|
| Fact discovery | February 2, 2024 | July 31, 2024 |
| Expert disclosures | February 16, 2024 | August 14, 2024 |
| Rebuttal expert witnesses | March 8, 2024 | September 4, 2024 |
| Expert discovery | March 29, 2024 | September 25, 2024 |
| Dispositive motions | April 29, 2024 | October 28, 2024 |

**IT IS SO ORDERED.**

DATED: August 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE